

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00270-CV

| | | |
|---|---|---|
| DARYL EUGENE POLK, Appellant | § | On Appeal from the 90th District Court |
| | § | |
| V. | | of Young County (34128) |
| | § | |
| | | March 25, 2021 |
| | § | |
| DENISE RIVERA POLK, Appellee | | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
    Chief Justice Bonnie Sudderth